IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY DANIEL JENKINS,

       Appellant,

 v.

                              Case No.  5D21-1575
                              LT Case No. 2018-CF-001018-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed April 26, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and Susan
A. Fagan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and WOZNIAK, JJ., concur.